# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| **RHONDA WARREN,** ) | |
| **Plaintiff** ) | |
| ) | |
| **vs.** ) | **Civil Action No. 3:19-cv-00282 JTK** |
| ) | |
| **ANDREW SAUL, Commissioner,** ) | |
| **Social Security Administration,** ) | |
| **Defendant** ) | |

## ORDER

Before the Court is Defendant's Unopposed Motion To Reverse and Remand (Doc. No. 20). The Commissioner ("Defendant") requests this remand to allow for further administrative proceedings. Upon examination of the merits of this case, it is hereby ORDERED that this Motion be granted and this case be reversed and remanded to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§405(g).

SO ORDERED this 23rd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE