## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**RHONDA WARREN,**               )
**Plaintiff**                    )
                                 )
**vs.**                          )     **Civil Action No. 3:19-cv-00282 JTK**
                                 )
**ANDREW SAUL, Commissioner,**   )
**Social Security Administration,** )
**Defendant**                    )

## <u>JUDGMENT</u>

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded

to the Defendant for further administrative action pursuant to sentence four of §205(g) of the Social

Security Act, 42 U.S.C. §405(g).  *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED on this 23rd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE